IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY TOLMAN, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:09-cv-2128 |
| vs. | § | |
| | § | |
| CAVALRY PORTFOLIO | § | |
| SERVICES, LLC, | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff will submit all final documents in this case on or before November 30, 2009. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendant comply with the terms of this settlement in a timely manner.

Respectfully submitted,

Weisberg & Meyers, LLC

By: s/Susan Landgraf
Susan Landgraf, Attorney in Charge
Texas State Bar # 00784702
108 E 46th Street
Austin, TX 78751
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on November 3, 2009, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court.

/s/  Susan A. Landgraf
SUSAN A. LANDGRAF