**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **TAMMY TOLMAN** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:09-cv-02128** |
| | § | |
| **CAVALRY PORTFOLIO** | § | |
| **SERVICES, LLC** | § | |

<u>**NOTICE OF DISMISSAL**</u>

Comes Now TAMMY TOLMAN ("Plaintiff") and files this her Notice of Dismissal under Federal Rule of Civil Procedure 41 as follows:

1)      On or about July 6, 2009, Plaintiff sued Defendant for alleged violations of the Federal Debt Collection Practices Act, the Texas Debt Collection Act and the Texas Business and Commerce Code.

2)      Plaintiff moves to dismiss this suit and all related causes of action arising out of the facts of this case.

3)      Defendant has not answered as of yet but, by written agreement herein, agrees to the dismissal.

4)      This case is not a class action and no receiver has been appointed.

5)      This action is not governed by any statute of the United States that required an order of the court for dismissal of this case.

6)      Plaintiff has not dismissed an action based on, or including, the same claims as those presented in this suit against Cavalry Portfolio Services, LLC.

7)      This dismissal is with prejudice.

**Respectfully submitted,**

WEISBERG & MEYERS, LLC

By: /s/ Susan Landgraf
       Susan Landgraf
       TBN: 00784702
       4510 Bull Creek Road
       Austin, TX 78731
       (512) 436-0036 ext 116: Telephone
       (866) 317-2674: Facsimile

**ATTORNEY FOR PLAINTIFF**
**TAMMY TOLMAN**

HANSZEN ■ LAPORTE, LLP

By: /s/ Amy L. Mitchell
Amy L. Mitchell
TBN: 12560500
Fed ID#: 17005
4309 Yoakum Boulevard
Houston, TX  77057
(713) 522-9444
(713) 524-2580: Facsimile

**ATTORNEYS FOR DEFENDANT**
**CAVALRY PORTFOLIO SERVICES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via facsimile, and/or by certified mail, return receipt requested on this the 3rd  day of November, 2009, as follows:

Amy L. Mitchell                                                        ***Via facsimile: (713) 524-2580***
Hᴀɴꜱᴢᴇɴ ■ Lᴀᴘᴏʀᴛᴇ, LLP
4309 Yoakum Boulevard
Houston, TX  77057
*Attorney for Defendant Cavalry Portfolio Services, LLC*


 /s/ Susan Landgraf                                        
Susan Landgraf