IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TAMMY TOLMAN** | § § | |
| **vs.** | § § | **Civil Action No. 4:09-cv-02128** |
| **CAVALRY PORTFOLIO SERVICES, LLC** | § § | |

### ORDER ON NOTICE OF DISMISSAL

After considering Plaintiff, TAMMY TOLMAN, and Defendant, Cavalry Portfolio Services, LLC.'s Notice of Dismissal, the court GRANTS the motion and dismisses the case with prejudice.

SIGNED on the  9th  day of  November , 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

**APPROVED AS TO SUBSTANCE AND FORM:**

WEISBERG & MEYERS, LLC


By: /s/ Susan Landgraf
 Susan Landgraf;
 TBN: 00784702
 4510 Bull Creek Road
 Austin, TX 78731
 (512) 436-0036 ext 116: Telephone
 (866) 317-2674: Facsimile

**ATTORNEY FOR PLAINTIFF
TAMMY TOLMAN**


HANSZEN ■ LAPORTE, LLP


By: /s/ Amy L. Mitchell
 Amy L. Mitchell
 TBN: 12560500
 Fed ID#: 17005
 4309 Yoakum Boulevard
 Houston, TX 77057
 (713) 522-9444
 (713) 524-2580: Facsimile

**ATTORNEYS FOR DEFENDANT
CAVALRY PORTFOLIO SERVICES, LLC.**